Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★                                                      ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00633-CV

**IN THE INTEREST OF S.L.B.**, a Child,

From the County Court at Law, Medina County, Texas
Trial Court No. 07-09-04759-CCL
Honorable Vivian Torres, Judge Presiding

PER CURIAM

Sitting:    Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed: March 31, 2010

REINSTATED AND DISMISSED

On December 28, 2009, this appeal was abated until February 11, 2010 for mediation. On February 26, 2010, appellant's counsel filed a letter notifying the court that appellant had decided not to proceed with the appeal. On March 1, 2010, appellant filed a "Joint Motion to Dismiss" this appeal stating that she no longer wishes to pursue the appeal and requesting that the appeal be dismissed. The motion contains the signature of counsel for appellee, who does not oppose the motion. Therefore, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM